# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.                                                    Case No. 8:21-cv-2701-WFJ-AEP

RICKY WAITERS and
CLUB RJ'S INC. d/b/a 720 Club,

    Defendants.
_____/

## ORDER GRANTING FINAL DEFAULT JUDGMENT AGAINST DEFENDANT RICKY WAITERS

Before the Court is Plaintiff's Motion for Default Judgment and several exhibits including affidavits. Dkt. 13. After careful consideration, the Court concludes the motion is due to be granted.

Process was served on Defendant Ricky Waiters on November 18, 2021. Dkt. 9. Mr. Waiters failed to plead or otherwise defend the complaint. A clerk's default was entered on May 9, 2022. Dkt. 12.

Plaintiff met the pleading requirements in its complaint. *See Chudasma v. Mazda-Motor Corp.*, 123 F.3d 1353, 1370 n.41 (11th Cir. 1997). Mr. Waiters is deemed to have admitted liability on the well-pleaded allegation of fact in the complaint. *Buchanon v. Bowman*, 820 F.2d 359, 361 (11th Cir. 1987). Where the damages are capable of mathematical calculation, a hearing is unnecessary. *See*

Fed. R. Civ. P. 55(b)(1); *SEC v. Smyth*, 420 F.3d 1125, 1231 (11th Cir. 2005) (citing cases).  The Court finds Plaintiff is entitled to statutory damages for Defendant's unauthorized broadcasts of its proprietary programming in addition to attorney's fees and court costs.

It is therefore **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Default Judgment (Dkt. 13) is granted.

2. Plaintiff shall recover statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) in the amount of $2,000.

3. Plaintiff shall recover additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) of $4,000 for willfulness.

4. Plaintiff shall recover attorney's fees pursuant to 47 U.S.C. §605(e)(3)(B)(iii) in the amount of $1,500 and costs of $672.

5. The Clerk is directed to enter a final default judgment in favor of Plaintiff and against Defendant Ricky Waiters consistent with paragraphs 2 through 4 above (totaling $8,172), together with post-judgment interest to accrue at the legal rate, all for which let execution issue.

**DONE AND ORDERED** at Tampa, Florida, on July 6, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**: Counsel of record